# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON BOLEN, | Case No. 2:22-cv-01668-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| GABRIELA NAJERA, et al., | |
| Respondents. | |

Petitioner Jason Bolen has submitted a *pro se* 28 U.S.C. § 2254 habeas petition, a motion for counsel, and an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1, 1-2.) Based on the current information about Petitioner's financial status, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

**IT IS THEREFORE ORDERED** that Petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 1) is **denied**. Petitioner has 45 days from the date this order is entered in which to have the $5.00 filling fee sent to the Clerk of Court. Petitioner must arrange to have a copy of this order attached to the check for the filing fee. Failure to pay the filing fee within 45 days may result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send Petitioner two copies of this order.

**IT IS FURTHER ORDERED** that the initial screening of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases and consideration

of Petitioner's motion for appointment of counsel (ECF No. 1-2) are deferred until such time as he has fully complied with this order.

Dated: October 6, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT