# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON BOLEN,<br><br>                    Petitioner,<br><br>v.<br><br>GABRIELA NAJERA, et al.,<br><br>                    Respondents. | Case No. 2:22-cv-01668-RFB-EJY<br><br>**ORDER** |

Petitioner Jason Bolen has filed a motion for status check. (ECF No. 8.) In light of this Court's screening order (ECF No. 9), Bolen's motion for a status check is moot.

**IT IS THEREFORE ORDERED** that Bolen's motion for a status check (ECF No. 8) is denied as moot.

Dated: January 19, 2023.

                                                                                          _____
                                                                                          RICHARD F. BOULWARE, II
                                                                                          UNITED STATES DISTRICT COURT