# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON BOLEN, <br><br> Petitioner, <br><br> v. <br><br> GABRIELA NAJERA, et al., <br><br> Respondents. | Case No. 2:22-cv-01668-RFB-EJY <br><br> **ORDER GRANTING MOTION FOR STAY** <br><br> **[ECF No. 19]** |

Petitioner Jason Bolen initiated this habeas corpus action on or about October 3, 2022. ECF No. 10. On February 17, 2023, the Court appointed the Federal Public Defender to represent Bolen and gave Bolen 90 days to file an amended petition or seek other appropriate relief. ECF No. 15). Bolen has timely complied by filing a motion for stay. ECF No. 19. In his motion, Bolen states that his initial state post-conviction proceedings are still ongoing and that he filed his federal habeas petition as a protective petition. See Pace v. DeGuglielmo, 544 U.S. 408, 416–17 (2005). Respondents have filed a non-opposition to the motion. ECF No. 20.

**IT IS THEREFORE ORDERED** that Petitioner Jason Bolen's unopposed motion for stay (ECF No. 19) is GRANTED. This action is STAYED while Bolen completes his state habeas proceedings. The Clerk of the Court is directed to administratively close this case.

**IT IS FURTHER ORDERED** that following the conclusion of Bolen's state-court proceedings, Bolen must, within 45 days, file a motion to lift the stay in this action.

1   **IT IS FURTHER ORDERED** that this action will be subject to dismissal if Bolen does
2   not comply with the time limits in this Order, or if he otherwise fails to proceed with diligence
3   during the stay.

4   Dated: October 13, 2023

      _____
      RICHARD F. BOULWARE, II
      UNITED STATES DISTRICT COURT