# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON BOLEN,<br><br>    Petitioner,<br><br>    v.<br><br>GABRIELA NAJERA, *et al.*,<br><br>    Respondents. | Case No. 2:22-cv-01668-RFB-EJY<br><br>**REOPENING ORDER** |

Petitioner Jason Bolen commenced this federal habeas action on October 3, 2022. ECF No. 1. This Court appointed counsel for Bolen, and Bolen moved for a stay. ECF Nos. 15, 19. On October 13, 2023, this Court granted the stay, instructing Bolen to move to lift the stay within 45 days of the conclusion of his state-court proceedings. ECF No. 23. Bolen has now moved to reopen this matter, explaining that the Nevada Supreme Court issued its remittitur on June 24, 2025, signaling the conclusion of his state-court proceedings. ECF No. 24.

Therefore, **IT IS HEREBY ORDERED** that the motion to reopen **[ECF No. 24] is GRANTED**. The Clerk of the Court is kindly directed to reopen this matter and lift the stay.

**IT IS FURTHER ORDERED** that Jason Bolen has 90 days from entry of this Order within which to file an amended petition and/or seek other appropriate relief. The remainder of the Scheduling Order (ECF No. 15) remains in effect.

**DATED:** June 27, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**