# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON BOLEN, | Case No. 2:22-cv-01668-RFB-EJY |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| NAJERA, *et al.*, | |
| Respondents. | |

Before the Court is Petitioner Jason Bolen's unopposed motion for a 90-day extension of time to file his amended habeas petition. (ECF No. 26.) This is Bolen's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** the unopposed motion for extension of time (ECF No. 26) is granted *nunc pro tunc*. Bolen has up to, and including, December 24, 2025, to file his amended petition.

**DATED:** November 16, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**