**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JASON BOLEN,

        Petitioner,

    v.

NAJERA, *et al*.

        Respondents.

Case No. 2:22-cv-01668-RFB-EJY

**EXTENSION ORDER**

This habeas matter is before this Court on Petitioner Jason Bolen's unopposed motion for a 61-day extension of time to file his amended petition (ECF No. 28). This is Bolen's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** that the unopposed motion for extension of time (ECF No. 28) is granted *nunc pro tunc*. Bolen has up to, and including, February 23, 2026, to file his amended petition.

**DATED:** January 14, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**