**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

JASON BOLEN,

      Petitioner,

    v.

NAJERA, *et al*.,

      Respondents.

Case No. 2:22-cv-01668-RFB-EJY

**EXTENSION ORDER**

Before the Court is Petitioner Jason Bolen's Motion to Extend Time (ECF No. 30). Through it, Petitioner seeks an additional 90 days to file an amended petition. See ECF No. 30 at 2. This is Bolen's third request for an extension of this deadline. The Court finds that Petitioner's request is made in good faith and not solely for the purpose of delay; furthermore, the Court finds that an extension is in the interest of justice.

Good cause being found, **IT IS HEREBY ORDERED** Petitioner's Motion to Extend Time (ECF No. 30) is **GRANTED** *nunc pro tunc*. Bolen now has up to, and including, May 25, 2026, to file an amended petition.

**DATED:** March 11, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**