**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JASON BOLEN,

Petitioner,

v.

NAJERA,

Respondents.

Case No. 2:22-cv-01668-RFB-EJY

**EXTENSION ORDER**

This habeas matter is before this Court on Respondents' unopposed motion for a 60-day extension of time to file their response to the amended petition (ECF No. 36). This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** the Motion to Extend Time (ECF No. 36) is **GRANTED**. Respondents have up to and including **September 25, 2026**, to file their response.

**DATED:** August 6, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**