UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JASON BOLEN,

Petitioner,

v.

NAJERA,

Respondent.

Case No. 2:22-cv-01668-RFB-EJY

**EXTENSION ORDER**

This habeas matter is before this Court on Respondent's unopposed motion for a 45-day extension of time to file her response to the amended petition. (ECF No. 39.) This is Respondent's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 39) is granted. Respondent has up to and including November 9, 2026, to file her response.

**DATED:** October 1, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**